UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| YAKEEN ROGERS, | ) |
| Petitioner, | ) Civil Action No. 16-285 |
| v. | ) ORDER |
| MONICA RECKTENWALD, *et al.*, | ) |
| Respondents. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation [Docket No. 5].

(2) Petitioner's Petition for a Writ of Habeas Corpus is **DENIED**.

(3) This case is **CLOSED**.

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 21st day of April, 2017.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE